UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **BENJAMIN MANN and SAMANTHA WADE,** | |
| Plaintiffs, | |
| v. | Case No. 17-2300 |
| **CITY OF URBANA, ILLINOIS, et al.,** | |
| Defendants. | |

**REPORT AND RECOMMENDATION**

On December 5, 2017, Plaintiffs filed their Complaint against the City of Urbana and numerous individual officers. On July 23, 2018, counsel for Plaintiff Wade filed a Motion for Leave to Withdraw as Attorney for Plaintiff Wade (#47). The Motion indicated that Plaintiff Wade had stopped communicating with her attorneys and was not returning requests to answer discovery propounded by Defendants. A response to this Motion was due on August 6, 2018. After no response was filed, the Court entered a Text Order on August 9, 2018, granting the Motion and informing Plaintiff Wade that she should either seek new counsel or be prepared to proceed *pro se*. Wade was ordered to personally appear at the next Status Conference on August 28, 2018, and a copy of the Text Order was mailed directly to Plaintiff Wade at the address she had provided.

Despite the Court's August 9, 2018, Text Order, Plaintiff Wade failed to appear at the August 28, 2018, Status Conference. Accordingly, on August 29, 2018, the Court issued an Order to Show Cause (#48), directing Plaintiff Wade to show cause as to why her case should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. Plaintiff Wade was given until September 12, 2018, to respond to the Court's Order to Show Cause.

Federal Rule of Civil Procedure 41(b) provides that a court may dismiss a plaintiff's case if said plaintiff fails to prosecute the case or comply with the Federal Rules or a court order. FED. R. CIV. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). To date, Plaintiff has failed to prosecute her case and failed to respond to the Court's Order to Show Cause (#48).

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 18th day of September, 2018.

s/ ERIC I. LONG<br>
UNITED STATES MAGISTRATE JUDGE