# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **BENJAMIN MANN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number: 17-cv-2300** |
| | ) | |
| **CITY OF URBANA, IL, JENNIFER DIFANIS, COLBY G. WRIGHT, SARA M. LINKS, SETH R. KING, JAY LOSCHEN, CHAD BURNETT, DON C. McCLELLAN, JOHN FRANQUEMONT, ZACH MIKALIK, CHRIS ELSTON, ADAM MARCOTTE, BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, UNKNOWN OFFICERS,** | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Benjamin Mann's action against all defendants is dismissed with prejudice.

**Dated: January 6, 2020**

                                                                        s/ Shig Yasunaga
                                                                        Shig Yasunaga
                                                                        Clerk, U.S. District Court